

# Fourth Court of Appeals
## San Antonio, Texas

Friday, March 13, 2015

No. 04-14-00761-CR

David **CHARLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5564
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

On January 29, 2015, this Court granted Appellant's motion for a 30-day extension of time to file his brief, extending the deadline to March 2, 2015. Appellant filed a second motion requesting a 30-day extension of time, which this Court granted in part, extending appellant's deadline to March 16, 2015. Appellant now files his third motion for extension of time, requesting extension to Friday, April 4, 2015 (presumed to be Friday, April 3, 2015).

It is ORDERED the motion is GRANTED.  Appellant must file the brief on or before Friday, April 3, 2015.  This extension extends Appellant's deadline to 60 days after the original brief was due. For this reason, **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court